## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

HALDEMAN-HOMME, INC.,

Plaintiff,

v.

EDWARD DONAHOE,

Defendant.

Civil No. 06-3345 (JRT/FLN)

**TEMPORARY RESTRAINING ORDER**

---

Douglas P. Seaton and Thomas R. Revnew, **SEATON BECK & PETERS, PA**, 7300 Metro Boulevard, Suite 500, Minneapolis, MN 55439, for plaintiff.

Daniel J. Welch,[1] **WELCH LAW FIRM, P.C.**, 1299 Farnam Street, Suite 1220, Omaha, NE 68102; Kelly M. Rowe, **WICK & ROWE, LLC**, 1770 Colvin Avenue, St. Paul, MN 55116, for defendant.

Plaintiff Haldeman-Homme, Inc. has requested a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b). The Court held a telephone hearing on August 16, 2006, at which the parties were represented by counsel. The Court considered the complaint, the motion, and other written submissions of plaintiff, in addition to the arguments of the parties. For the reasons discussed during the telephone hearing, the Court grants the following temporary restraining order intended to maintain the status quo until the Court can consider plaintiff's motion following full briefing and hearing.

---

[1] Counsel's motion for admission pro hac vice is pending.

**ORDER**

Based on the foregoing, all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for a Temporary Injunction, or in the Alternative, a Temporary Restraining Order [Docket No. 2] is **GRANTED IN PART**.

2. Defendant is enjoined from contacting in any way any individual or company which was a customer or manufacturer of plaintiff during defendant's employment with plaintiff, and which involves the same product or service that defendant was involved in while he worked for plaintiff.  Defendant is also enjoined from using in any way plaintiff's confidential information;

3. In accordance with Rule 65(c) of the Federal Rules of Civil Procedure, plaintiff shall post a bond with the Clerk in the amount of $10,000.00 for the payment of such costs and damages as may be incurred or suffered by defendant in the event defendant is found to have been wrongfully enjoined or restrained.

4. This Order shall go into effect upon the posting of the bond, and shall remain in effect until further order of this Court granting or denying a preliminary injunction or dissolving this Temporary Restraining Order.

5. Defendant's response to these issues is due by August 23, 2006.  Plaintiff's reply is due by August 29, 2006.

DATED:   August 16, 2006
at Minneapolis, Minnesota.

              s/ John R. Tunheim
               JOHN R. TUNHEIM
              United States District Judge